No. 506, Misc. ADAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 509, Misc. MARTINEZ *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 512, Misc. KULIS *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 519, Misc. LEWIS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 525, Misc. AGUILAR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No 533, Misc. BROWN *v.* SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 536, Misc. PERRY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* and *Phylis Skloot Bamberger* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 545, Misc. SEITERLE *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied. *Earl Klein* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 583, Misc. POOL *v.* LEONE, DBA DOMINIC LEONE CONSTRUCTION CO., ET AL. C. A. 10th Cir. Certiorari denied. *Michael A. Williams* for petitioner. *John C. Mott* for respondents.